No. 82–6198. DUVALLON v. FLORIDA. C. A. 11th Cir. Motion of petitioner to defer consideration of the petition for

certiorari denied.    Certiorari denied.